# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1145
Lower Tribunal No. 18-15239
_____

**T.S., The Mother**,
Appellant,

vs.

**Department of Children and Families, et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

Karla Perkins, for appellee Department of Children & Families; Sara Elizabeth Goldfarb and Laura J. Lee (Tallahassee), for appellee Guardian ad Litem.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.